**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| TWO MOTOR VEHICLES<br>c/o Sylvia E. Ruth,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMONWEALTH OF PENNSYLVANIA,<br><br>        Defendant. | Civil Action No. 07-31 Erie |

## MEMORANDUM ORDER

    This action was received by the Clerk of Court on March 5, 2007, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

    The Magistrate Judge's Report and Recommendation [Doc. No. 6], filed on June 1, 2007, recommended that the action be dismissed as this Court lacks subject matter jurisdiction. Plaintiff was allowed ten (10) days from the date of service to file objections and service was made on Plaintiff by certified mail. No objections were filed. After de novo review of the documents in the case, together with the Report and Recommendation, the following order is entered:

    AND NOW, this 21st day of June, 2007;

    IT IS HEREBY ORDERED that this action is DISMISSED for lack of subject matter jurisdiction.

    The Report and Recommendation [Doc. No. 6] of Magistrate Judge Baxter, filed on June 1, 2007, is adopted as the opinion of the Court.

                                                      s/   Sean J. McLaughlin
                                                                United States District Judge

cm:    All parties of record
          Susan Paradise Baxter, U.S. Magistrate Judge